MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (510) 500-9994
Email:          hanni@mlf-llp.com

Attorneys for Naeem McGhee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NAEEM MCGHEE,<br><br>  Defendant. | Case No.: 4:17-CR-00192-PJH<br><br>**STIPULATION AND ORDER RESETTING STATUS HEARING**<br><br>**Hearing Date:**  January 13, 2021<br>**Hearing Time:**  10:00 a.m. |

Mr. McGhee is charged in a Form 12 petition with violating the conditions of his supervised release. He is in custody. A status conference regarding preliminary revocation hearing and a status conference regarding detention hearing are currently set for January 12, 2022. The parties jointly request the Court reset both the status conferences to January 20, 2022 at 10:00 a.m. as they continue to discuss the pending Form 12.

| | | |
|---|---|---|
| 1 | | |
| 2 | | IT IS SO STIPULATED. |
| 3 | | |
| 4 | Dated:    January 12, 2022 | MOEEL LAH FAKHOURY LLP |
| 5 | | /S |
| 6 | | HANNI M. FAKHOURY<br>Attorneys for Naeem McGhee |
| 7 | | |
| 8 | Dated:    January 12, 2022 | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 9 | | Northern District of California |
| 10 | | /S |
| 11 | | CYNTHIA JOHNSON<br>Special Assistant United States Attorney |

STIPULATION AND ORDER RESETTING STATUS HEARING
*United States v. McGhee*, 4:17-CR-00192-PJH

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the status hearings regarding preliminary revocation hearing and detention hearing from January 13, 2022 to January 20, 2022 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: January 12, 2022



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge