STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3693
   FAX: (510) 637-3724
   Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>NAEEM MCGHEE,<br><br>    Defendant. | Case No.: 17-CR-192-PJH<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING<br><br>Date:  February 16, 2022<br>Time:  10:00 a.m.<br>Hon. Kandis A. Westmore |

    This matter is set for a status hearing on February 16, 2022. The parties hereby stipulate and request that the Court continue the hearing to March 1, 2022, at 10:00 am. The parties are still waiting for a district attorney to be assigned to the state case upon which the Form 12 is based, to temporarily transfer custody of the defendant to the state by writ. The probation officer has confirmed that she will be available on that date.

    IT IS STIPULATED AND AGREED that the status hearing presently scheduled for February 16, 2022, be continued to March 1, 2022, at 10:00 am.

1
2                                             IT IS SO STIPULATED.
3
4   Dated:     February 14, 2022
5
                                              /S/
6                                             HANNI FAKHOURY
                                              Counsel for defendant
7
8   Dated:     February 14, 2022
9                                             STEPHANIE HINDS
                                              United States Attorney
10
11                                            /S/
                                              CYNTHIA JOHNSON
12                                            SPECIAL ASSISTANT US ATTORNEY
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER STATUS HEARING
*MCGHEE*, 17-CR-192-PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>NAEEM MCGHEE,<br><br>   Defendant. | Case No.: 17-CR-192-PJH<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING<br><br>Date:  February 16, 2022<br>Time:  10:00 a.m.<br>Hon. Kandis A. Westmore |

   Based on the reasons provided in the stipulation of the parties above, the court finds good cause to continue the hearing.

   IT IS ORDERED that the status hearing presently scheduled for February 16, 2022, be continued to March 1, 2022, at 10:00 am.


   IT IS SO ORDERED.


Dated:    February 14, 2022

_Kandis Westmore_
KANDIS A. WESTMORE
Magistrate Judge