STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NAEEM MCGHEE, <br><br> Defendant. | Case No.: 17-CR-192-PJH <br><br> STIPULATION AND ORDER TO VACATE STATUS HEARING <br><br> Date: March 31, 2022 <br> Time: 10:00 a.m. <br> Hon. Donna M. Ryu |

    This matter is set for a status hearing on March 31, 2022. The parties hereby stipulate and request that the Court vacate the above captioned hearing. The US Marshal and the Alameda County District Attorney (ACDA) have confirmed the timing of the transfer of defendant Naeem McGhee. McGhee is scheduled to be in state court for arraignment on Wednesday, March 30, 2022. Parties have conferred with both the US Marshal and ACDA that McGhee will be transferred by Wednesday morning, March 30, 2022. McGhee, through his attorney, waives his right to a preliminary revocation hearing and detention hearing without prejudice until returned to federal custody.

IT IS STIPULATED AND AGREED that the status hearing presently scheduled for March 31, 2022 be vacated.

IT IS SO STIPULATED.

Dated: March 29, 2022

/S/
HANNI FAKHOURY
Counsel for defendant

Dated: March 29, 2022

STEPHANIE HINDS
United States Attorney

/S/
CYNTHIA JOHNSON
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>NAEEM MCGHEE,<br><br>        Defendant. | Case No.: 17-CR-192-PJH<br><br>STIPULATION AND ORDER TO VACATE STATUS HEARING<br><br>Date:   March 31, 2022<br>Time:  10:00 a.m.<br>Hon. Donna M. Ryu |

    Based on the reasons provided in the stipulation of the parties above, the court finds good cause to vacate the above captioned hearing.

    IT IS ORDERED that the status hearing scheduled for March 31, 2022, is vacated.

IT IS SO ORDERED.

Dated: March 29, 2022

_____
DONNA M. RYU
Magistrate Judge